

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00491-CV

Sam **LAJZEROWICZ**,
Appellant

v.

Estelita **LAJZEROWICZ**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-16638
Honorable Stephani A. Walsh, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment order is AFFIRMED.

We order that appellee Estelita Lajzerowicz recover her appellate costs, if any, from appellant Sam Lajzerowicz.

SIGNED January 31, 2018.

_Marialyn Barnard_
Marialyn Barnard, Justice